# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Clarence and Tammy Frost, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>Wayfair Inc. d/b/a Wayfair,<br><br>        Defendant. | Civil Case No.: 24-cv-00165(JMB/LIB)<br><br>**NOTICE OF DISMISSAL** |

Plaintiffs, Clarence and Tammy Frost by their undersigned counsel, hereby dismisses the above-entitled action, without prejudice, pursuant to Federal Rules of Civil Procedure 41.01(a), without costs or disbursements to any party.

**THRONDSET MICHENFELDER, LLC**

Dated: January 30, 2024

By: /s/Patrick W. Michenfelder
Patrick W. Michenfelder (#024207X)
Jason D. Gustafson (#0403297)
222 South Ninth Street, Suite 1600
Minneapolis, MN 55402
Tel: (763) 515-6110
Fax: (763) 226-2515
Email: pat@throndsetlaw.com
Email: jason@throndsetlaw.com
*Attorneys for Plaintiff*