# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Frost et al., | Case No. 24-CV-165 (JMB/LIB) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| Wayfair Inc., | |
| Defendant. | |

---

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal. (Doc. No. 4.) Plaintiff seeks dismissal of its claims under Rule 41(a)(1)(A)(i).

Accordingly, IT IS HEREBY ORDERED THAT this matter is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated:  January 31, 2024

s/Jeffrey M. Bryan
Judge Jeffrey M. Bryan
United States District Court