# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Clarence Frost, Tammy Frost, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiffs, | |
| v. | Case Number: 24-cv-165 JMB/LIB |
| Wayfair Inc., | |
| Defendant. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

    this matter is DISMISSED WITHOUT PREJUDICE.

Date: 2/1/2024                                                                                          KATE M. FOGARTY, CLERK